**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) | |
| **COMMISSION,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **COMPLAINT** |
| **MOUNTAIN ENTERPRISE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | **JURY TRIAL DEMAND** |
| _____ | ) | |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission")
brings this action against Mountain Enterprise, Inc. ("Mountain Enterprise") pursuant to Title
VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in order to correct
Mountain Enterprise's unlawful employment practices on the basis of sex and retaliation, and to
provide appropriate relief to Phyllis Bradford and Randy Fannin who were adversely affected by
such practices. As alleged in paragraph seven below, the Commission alleges that Mountain
Enterprise subjected Phyllis Bradford to sexual harassment and retaliation and subjected Randy
Fannin to retaliation when he complained of the sexual harassment of Phyllis Bradford.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,
1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of
Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title
VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.    The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Kentucky, Central Division.

## PARTIES

3.    Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.    Defendant, Mountain Enterprise, is currently a corporation and at all relevant times has continuously been a corporation doing business in the Commonwealth of Kentucky and the City of Lexington, and has continuously had at least 15 employees.

5.    At all relevant times, Mountain Enterprise has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.    More than thirty days prior to the institution of this lawsuit, Ms. Bradford and Mr. Fannin each filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.    From at least May 2006, Defendant engaged in unlawful employment practices operating out of its facility in Lexington, Kentucky, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1).  Defendant subjected Ms. Bradford to sexual harassment and retaliated against her and Mr. Fannin after each complained of Ms. Bradford's harassment.

8.      The effect of the practice complained of in paragraph seven above has been to deprive Ms. Bradford and Mr. Fannin of equal employment opportunities and to otherwise adversely affect their respective employee status.

9.      The unlawful employment practices complained of in paragraph seven above were intentional.

10.     The unlawful employment practices complained of in paragraph seven above were done with malice or with reckless indifference to Ms. Bradford's and Mr. Fannin's respective federally protected rights.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Mountain Enterprise, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation and sexual harassment.

B.      Order Mountain Enterprise to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practices based on sex.

C.      Order Mountain Enterprise to make Ms. Bradford and Mr. Fannin whole by providing appropriate back-pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.    Order Mountain Enterprise to make Ms. Bradford and Mr. Fannin whole by providing each compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph seven above in amounts to be determined at trial.

E.    Order Mountain Enterprise to make Ms. Bradford and Mr. Fannin whole by providing each compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph seven above, including losses resulting from any emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

F.    Order Mountain Enterprise to pay Ms. Bradford and Mr. Fannin punitive damages for its malicious and reckless conduct described in paragraph seven above, in amounts to be determined at trial.

G.    Grant such further relief as the Court deems necessary and proper in the public interest.

H.    Award the Commission its costs of this action.


## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.


Respectfully submitted,


s/ Laurie A. Young
LAURIE A. YOUNG
Regional Attorney

s/ Michelle Eisele_____
MICHELLE EISELE
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203

s/ Kenneth W. Brown_____
KENNETH W. BROWN
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Louisville Area Office 600 Martin Luther King, Jr.
Place Suite 268
Louisville, Kentucky 40202-2285
(502) 582.5440 (Direct Dial)
(502) 582.5435 (Facsimile)
E-mail: Kenneth.Brown@eeoc.gov

5